**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77   **Title** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.65.71.80 | 11/27/2011 8:07 | San Diego | CA | Cox Communications | BitTorrent |
| 2 | 68.101.252.176 | 1/6/2012 14:31 | Oceanside | CA | Cox Communications | BitTorrent |
| 3 | 68.101.254.64 | 1/1/2012 13:21 | Oceanside | CA | Cox Communications | BitTorrent |
| 4 | 68.107.48.236 | 12/9/2011 15:29 | San Diego | CA | Cox Communications | BitTorrent |
| 5 | 68.107.70.102 | 11/23/2011 7:36 | San Diego | CA | Cox Communications | BitTorrent |
| 6 | 72.220.191.31 | 1/4/2012 7:56 | La Mesa | CA | Cox Communications | BitTorrent |
| 7 | 98.176.89.232 | 1/5/2012 8:17 | Escondido | CA | Cox Communications | BitTorrent |
| 8 | 24.165.11.157 | 12/1/2011 0:59 | San Diego | CA | Road Runner | BitTorrent |
| 9 | 24.25.208.134 | 12/7/2011 0:20 | San Diego | CA | Road Runner | BitTorrent |
| 10 | 24.25.210.155 | 12/27/2011 11:23 | San Diego | CA | Road Runner | BitTorrent |
| 11 | 66.74.16.82 | 12/23/2011 9:30 | Coachella | CA | Road Runner | BitTorrent |
| 12 | 75.80.104.7 | 12/12/2011 11:01 | San Diego | CA | Road Runner | BitTorrent |
| 13 | 75.80.104.84 | 12/8/2011 14:16 | San Diego | CA | Road Runner | BitTorrent |
| 14 | 75.80.151.175 | 12/10/2011 14:42 | San Diego | CA | Road Runner | BitTorrent |
| 15 | 75.80.179.170 | 12/23/2011 3:21 | San Diego | CA | Road Runner | BitTorrent |
| 16 | 75.80.190.70 | 1/7/2012 6:55 | Del Mar | CA | Road Runner | BitTorrent |
| 17 | 75.80.99.136 | 1/4/2012 1:53 | San Diego | CA | Road Runner | BitTorrent |
| 18 | 76.176.25.193 | 12/26/2011 6:35 | Carlsbad | CA | Road Runner | BitTorrent |
| 19 | 76.176.29.59 | 12/30/2011 15:56 | Vista | CA | Road Runner | BitTorrent |
| 20 | 76.176.30.215 | 1/8/2012 23:47 | Carlsbad | CA | Road Runner | BitTorrent |
| 21 | 76.176.59.18 | 12/28/2011 0:07 | Vista | CA | Road Runner | BitTorrent |
| 22 | 76.88.42.247 | 12/22/2011 0:36 | San Diego | CA | Road Runner | BitTorrent |

EXHIBIT A

SCA5

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 76.88.64.249 | 1/8/2012 23:30 | San Diego | CA | Road Runner | BitTorrent |
| 24 | 76.88.66.185 | 1/2/2012 16:28 | San Diego | CA | Road Runner | BitTorrent |
| 25 | 98.155.2.30 | 12/30/2011 23:43 | San Diego | CA | Road Runner | BitTorrent |

EXHIBIT A

SCA5