# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                       Plaintiff,<br>  vs.<br><br>JOHN DOES 1-25,<br><br>                       Defendant. | CASE NO. 12-CV-362-LAB-DHB<br><br>**ORDER OF REFERENCE** |

      Defendant John Doe 17 has filed a motion to quash a subpoena served on his internet service provider. (Similar motions are likely coming from other John Doe Defendants.) Judge Porter authorized the service of the subpoena on February 24, 2012 pursuant to an ex parte motion filed by Plaintiff, although she allowed that the internet service provider could oppose it. (*See* Dkt. No. 5 at 2.) This motion is referred to Magistrate Judge David Bartick. He is free to vacate the May 21 hearing set by the Court and set his own hearing date and briefing schedule.

      Defendant's motion asks, in the alternative, that all John Doe defendants be severed in this case and that the Court vacate Judge Porter's February 24 order in its entirety. The undersigned judge will consider those requests, if necessary, after Judge Bartick has ruled on Defendant's motion to quash.

      **IT IS SO ORDERED**.

DATED: April 20, 2012

                                                 *[signature]*

                                **HONORABLE LARRY ALAN BURNS**
                                United States District Judge