Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 25,<br><br>             Defendants. | Case No. 3:12-cv-00362-LAB-DHB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 18, 19, 20, 21, 23  AND 25 ONLY** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses without prejudice Defendants John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 18, 19, 20, 21, 23 and 25 ("Defendants"), who were assigned the IP Addresses 174.65.71.80, 68.101.252.176, 68.101.254.64, 68.107.48.236, 68.107.70.102, 72.220.191.31, 98.176.89.232, 24.165.11.157, 24.25.208.134, 24.25.210.155, 66.74.16.82, 75.80.104.84, 75.80.151.175, 75.80.179.170, 75.80.190.70, 76.176.25.193, 76.176.29.59, 76.176.30.215, 76.176.59.18, 76.88.64.249 and 98.155.2.30, respectively. Plaintiff recently received the names and identifying information for many of the Defendants in this case and is unable to coordinate service of process to properly serve the Defendants by the Rule 4(m) deadline. Plaintiff plans to further investigate and confirm the information provided by the Internet Service Provider and will re-file and serve against each Doe defendant it deems necessary. The sole remaining defendants are John Does 17 and 24.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the above-mentioned Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: June 7, 2012                            KUSHNER LAW GROUP

                                               By:    /s/ Leemore L. Kushner
                                                      Leemore L. Kushner
                                                      Attorneys for Plaintiff Malibu Media, LLC

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Leemore L. Kushner*
Leemore L. Kushner